IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


KEENAN K. COFIELD                              *
           Plaintiff,

   v.                                         *   CIVIL ACTION NO. CCB-12-1316


BALTIMORE CO. DIV. OF CORRECTIONS, *
 *et al.*
           Defendants.              *
                           ***


MEMORANDUM

Keenan K. Cofield ("Cofield"), a federal inmate housed at the Federal Correctional Institution at Fairton, New Jersey ("FCI-Fairton"), filed this 42 U.S.C. § 1983 civil rights action on April 30, 2012.  Cofield complains that without notice, proper documentation, or a due process hearing, a Baltimore County, Maryland corrections officer entered a detainer concerning "an unsigned judgment of conviction" imposed by Baltimore County Circuit Court Judge John Trumbull with the Federal Bureau of Prisons ("BOP").  He asserts that because of the detainer, he lost all privileges and custody rights of the federal "camp" status and was placed on lock up/administrative segregation at the Fairton, New Jersey federal facility.[1]  He seeks compensatory and punitive damages against each named defendant. Cofield claims that a detainer provides no legal justification for his placement on lock up and he has been subject to triple celling for a two week period.   In

---

[1]     FCI-Fairton is a medium security facility for male offenders.  It also has an adjacent satellite prison     camp     housing     minimum     security     male     offenders.     S*ee* http//www.bop.gov/locations/institutions/fai/index.jsp.

short, he claims he was adversely affected by the detainer.[2]  Because he appears indigent, Cofield's

motion to proceed *in forma pauperis* shall be granted.   The Complaint  shall, however, be dismissed

without requiring service of process on defendants.

Cofield attacks the detainer and the consequences of same.   The attack shall be construed as

a 28 U.S.C. § 2241 habeas claim and shall be dismissed without prejudice.[3]  To the extent Cofield

claims that he has a constitutional entitlement to lower security status and work release, along with

rehabilitative programming or that conditions at FCI-Fairton are unconstitutionally harsh, he has

chosen the wrong forum.  His claims shall be dismissed without prejudice.  Cofield may bring the

allegations in the appropriate federal court in New Jersey.

For the aforementioned reasons, the complaint shall be dismissed.  A separate Order shall be

entered in compliance with the opinion set out above.


Date: June 14, 2012                                                    /s/
                                                        Catherine C. Blake
                                                        United States District Judge


---

[2]      Plaintiff also claims that  the BOP defendants assigned him to a food detail and required him
to stand for several hours a day, seven days a week and he slipped twice and hurt his back.  Cofield contends
that he is restricted from doing any lifting, but was forced to lift heavy boxes and bags.  Finally, he alleges
that he was threatened by other federal inmates.  ECF No. 1.

[3]      Cofield has already filed a § 2241 petition attacking the detainer.  *See Cofield v. Federal
Bureau of Prisons, et al*. Civil Action No. CCB-12-1178 (D. Md. 2012).  That action remains pending before
the court.